**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**
**SOUTHERN DIVISION**

| | |
|---|---|
| William Fitzgerald, | : |
| | : |
| | : Civil Action No.: 8:10-cv-02634-DKC |
| Plaintiff, | : |
| v. | : |
| | : |
| Rubenstein Cogan & Revesman; and DOES 1-10, inclusive, | : |
| | : |
| Defendant. | : |

**NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY**
**DISMISSAL OF ACTION WITHOUT PREJUDICE**
**PURSUANT TO RULE 41(a)**

William Fitzgerald ("Plaintiff"), by Plaintiff's attorney, hereby withdraws the complaint and voluntarily dismisses this action, without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: November 10, 2010

                                                   Respectfully submitted,
                                                   By /s/ Forrest E. Mays
                                                   Forrest E. Mays (Bar No. 07510)
                                                   1783 Forest Drive, Suite 109
                                                   Annapolis, MD  21401
                                                   Telephone: (410) 267-6297
                                                   Facsimile: (410) 267-6234
                                                   Email: mayslaw@mac.com

                                                   Of Counsel To
                                                   LEMBERG & ASSOCIATES L.L.C.
                                                   A Connecticut Law Firm
                                                   1100 Summer Street, 3rd Floor
                                                   Stamford, CT 06905
                                                   Telephone: (203) 653-2250
                                                   Facsimile:  (877) 795-3666
                                                   ATTORNEYS FOR PLAINTIFF

## **CERTIFICATE OF SERVICE**

      I hereby certify that on November 10, 2010, a true and correct copy of the foregoing Notice of Withdrawal was served electronically by the U.S. District Court for the District of Maryland Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                                    By /s/ Forrest E. Mays

                                                      Forrest E. Mays